UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE SUBPOENA TO AUDITUDE, INC., <br><br> VIACOM INTERNAITIONAL INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> YOUTUBE, INC., et al., <br><br> Defendants. | Case No.: C 08-80139 MISC JF (PVT) <br><br> (S.D.N.Y. Case No. 1:07-cv-02103 (LLS)) <br><br> **ORDER DENYING JOINT REQUEST FOR ENTRY OF "STIPULATED" PROTECTIVE ORDER** |

Defendants and non-party Auditude, Inc. ("Auditude") filed a document entitled "Joint Miscellaneous Administrative Request for Entry of Stipulated Pretrial Protective Order Governing Response to Third Party Subpoena Issued to Auditude, Inc."[1] The document filed contains no stipulation by Plaintiffs, nor any certificate of service on Plaintiffs. Based on the joint request and the file herein,

IT IS HEREBY ORDERED that the joint request is DENIED. The purported stipulation subjects Plaintiffs to various requirements and obligations without their stipulation and without a properly noticed motion. Moreover, the purported stipulation improperly seeks to have this court

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

dictate to another court the procedures and standards to be applied to protect confidential information. *See* FED.R.CIV.PRO. 26(c)("A party or any person from whom discovery is sought may move for a protective order *in the court where the action is pending. . .*" (emphasis added)).

IT IS FURTHER ORDERED that this order is without prejudice to Defendants and Auditude seeking a protective order from the district court in which this case is pending.

Dated: *7/25/08*

                                                                        PATRICIA V. TRUMBULL
                                                                        United States Magistrate Judge